```
 1  TOWNSEND AND TOWNSEND AND CREW LLP
      Theodore T. Herhold (Bar No. 122895) ttherhold@townsend.com
 2    Matthew R. Hulse (Bar No. 209490) mrhulse@townsend.com
      Marilee S. Chan (Bar No. 232432) mschan@townsend.com
 3  379 Lytton Avenue
    Palo Alto, CA 94301
 4  Telephone: (650) 326-2400
    Facsimile:  (650) 326-2422
 5
    Attorneys for Plaintiffs
 6  THOMAS J. FOGARTY, M.D. and FOGARTY ENGINEERING

 7
    HELLER EHRMAN LLP
 8    M. Patricia Thayer (Bar No. 090818) patricia.thayer@hellerehrman.com
      Daniel N. Kassabian (Bar No. 215249) daniel.kassabian@hellerehrman.com
 9    Nathaniel R. Spencer-Mork (Bar No. 226886) nate.spencermork@hellerehrman.com
    333 Bush Street
10  San Francisco, CA  94104-2878
    Telephone: (415) 772-6000
11  Facsimile:  (415) 772-6268

12  Attorneys for Defendant
    REVIVANT CORPORATION
13
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| THOMAS J. FOGARTY, M.D. and FOGARTY ENGINEERING, | Case No. C 05-0143 CRB |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| REVIVANT CORPORATION, a Delaware corporation, and DOES 1-10, inclusive, | |
| Defendants. | Judge: The Honorable Charles R. Breyer |

STIPULATION AND ORDER OF DISMISSAL – Case No. C 05-0143 CRB

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS NOW STIPULATED AND AGREED by Plaintiffs Thomas J. Fogarty, M.D. and Fogarty Engineering and Defendant Revivant Corporation, through their respective counsel, that:

THIS ACTION BE AND HEREBY IS DISMISSED WITH PREJUDICE, and that each party shall bear its own costs and attorneys' fees in connection with this action.

Dated: June 3, 2005

TOWNSEND AND TOWNSEND
AND CREW LLP

By _____
Theodore T. Herhold
Attorneys for Plaintiffs
THOMAS J. FOGARTY, M.D. and
FOGARTY ENGINEERING

Dated: June 3, 2005

HELLER EHRMAN LLP

By _____
M. Patricia Thayer
Attorneys for Defendant
REVIVANT CORPORATION

## ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: June 06, 2005

_____
The Honorable Charles R. Breyer
United States District Judge

APPROVED
Charles R. Breyer

SF 1149470 v1
(05817.0042)

---

1
STIPULATION AND ORDER OF DISMISSAL – Case No. C 05-0143 CRB